,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NALLEY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-06-0401 LJO<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE BRIEFS** |

Plaintiff Richard Nalley ("plaintiff") proceeds in this action seeking judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

This Court issued its April 7, 2006 Scheduling Order which required plaintiff to serve on the U.S. Attorney a letter brief within 30 days after service of the Administrative Record on plaintiff. The U.S. Attorney represents defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"), and served the Administrative Record on July 25, 2005.

In addition, the Scheduling Order requires plaintiff to file with the Court and serve on the U.S. Attorney an opening brief within 30 days of the letter brief of the U.S. Attorney.

Based on the deadline to initiate the letter brief exchange, this Court calculates that the deadlines have passed to file and serve plaintiff's opening brief. Plaintiff has not filed with the Court nor served on the U.S. Attorney an opening brief in compliance with this Court's orders.

/////

1  Accordingly, this Court ORDERS plaintiff, no later than November 30, 2006, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file briefs and to comply with this Court's orders. This Court will vacate this order to show cause if plaintiff files with this Court and serves on the U.S. Attorney an opening brief no later than November 30, 2006.

**Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   November 16, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                              UNITED STATES MAGISTRATE JUDGE

Accordingly, this Court ORDERS plaintiff, no later than November 30, 2006, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file briefs and to comply with this Court's orders. This Court will vacate this order to show cause if plaintiff files with this Court and serves on the U.S. Attorney an opening brief no later than November 30, 2006.

**Plaintiff is admonished that failure to timely comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   November 16, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                            UNITED STATES MAGISTRATE JUDGE