1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant United States Attorney
3  THEOPHOUS H. REAGANS
   Special Assistant U.S. Attorney
4  Telephone: (415) 977-8943
   United States Attorney's Office
5  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
6  Telephone: (559) 498-4000

7  Attorneys for Defendant

8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                      EASTERN DISTRICT OF CALIFORNIA
10
                            SACRAMENTO DIVISION
11

12 RICHARD NALLEY,                )    1:06-CV-0401 LJO
                                  )
13              Plaintiff,        )    AMENDED STIPULATION AND PROPOSED
                                  )    ORDER TO EXTEND TIME
14         v.                     )
                                  )
15 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
16 Security,                      )
                                  )
17              Defendant.        )
   _____)
18

19      The parties, through their respective counsel, stipulate that

20 the time for Defendant to respond to Plaintiff's motion for summary

21 judgment be extended from December 18, 2006 to January 17, 2007.

22      All other dates in the Courts Scheduling Order are extended

23 accordingly.

24 ///

25 ///

26

27

28                                    1

1   This is Defendant's first request for an extension of time to
2 respond to Plaintiff's motion.  Defendant requests the additional
3 time due to workload and a previously scheduled vacation.

4                                        Respectfully submitted,

5

6 Dated: DECEMBER 18, 2006         _____/s/_____
                                   STEVEN G. ROSALES
7                                  Attorney for Plaintiff

8

9 Dated: DECEMBER 18, 2006         McGREGOR W. SCOTT
                                   United States Attorney
10                                 BOBBIE J. MONTOYA
                                   Assistant U.S. Attorney
11

12                                 _____/s/_____
                                   THEOPHOUS H. REAGANS
13                                 Special Assistant U.S. Attorney

14                                 Attorneys for Defendant

15 IT IS SO ORDERED.

16 **Dated:   December 18, 2006**           **/s/ Lawrence J. O'Neill**
   b9ed48                                 UNITED STATES MAGISTRATE JUDGE

17

28                                    2